FILED

MAY 2 0 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:15CR00245 HEA/SPM** |
| JUSTIN PAYNE, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 31, 2015, in the Eastern District of Missouri, and elsewhere,

**JUSTIN PAYNE,**

the defendant herein, knowingly received and possessed a firearm, namely a destructive device commonly known as a Molotov cocktail, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT II

The Grand Jury further charges that:

Between, on, or about November 22, 2014 and December 2, 2014, in the Eastern District of Missouri, and elsewhere, the defendant,

**JUSTIN PAYNE,**

knowingly caused the transmission of a program, information, code, or command, and as a result

of such conduct, intentionally caused damage without authorization to a protected computer in the possession of St. Louis County Police Officer's Association.

In violation of 18 U.S.C. Section 1030(a)(5)(A).

                                          A TRUE BILL.

                                          _____

                                          FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney