UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:15CR245 HEA (SPM) |
| JUSTIN E. PAYNE, | ) |
| Defendant. | ) |

## ORDER

This matter is presently pending before the undersigned pursuant to 28 U.S.C. §636(b). On July 17, 2015, I held a pretrial motion hearing on Defendant's Motions to Suppress Statements, Sever, and for a Bill of Particulars (Doc. Nos. 16, 17 & 18). I find that a written transcript of the proceedings will assist the Court in preparing the report and recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that an expedited transcript of the Pretrial Motion Hearing held on the record on July 17, 2015, shall be prepared and filed with the Clerk of Court.

Dated this <u>17th</u> day of July, 2015.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE