UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:15CR245 HEA |
| | ) | |
| JUSTIN PAYNE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is

appointed to represent the above-named defendant in this matter.

**IT IS FURTHER ORDERED** that a summons hearing is set in this matter for

Wednesday, July 20, 2016, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 15th day of July, 2016.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE